IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TRACEY MACKEY,

      Appellant,

 v.
                                          Case No. 5D17-133

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed June 9, 2017

3.850 Appeal from the Circuit Court
for Lake County,
Lawrence J. Semento, Judge.

Tracey Mackey, Wewahitchka, pro se.

Pamela Jo Bondi, Attorney General, and
Marjorie Vincent-Tripp, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

Tracey Mackey appeals the summary denial of his rule 3.850 motion. The claims raised in Mackey's motion were facially insufficient. Rather than denying Mackey's motion, the trial court should have allowed him sixty days to amend his motion. *See* Fla. R. Crim. P. 3.850(f)(2) ("If the motion is insufficient on its face, and the motion is timely filed under this rule, the court shall enter a nonfinal, nonappealable order allowing the defendant 60 days to amend the motion.").

We reverse the trial court's summary denial order and remand for the trial court to provide Mackey sixty days to amend his motion.

REVERSED and REMANDED with instructions.

COHEN, C.J., and EVANDER and LAMBERT, JJ., concur.